CENTER FOR DISABILITY ACCESS
Dennis Jay Price, II, Esq., SBN 279082
Isabel Rose Masanuqe, Esq., SBN 292673
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Telephone: (858) 375-7385
Facsimile: (888) 422-5191 fax
IsabelM@potterhandy.com

Attorneys for Plaintiff

SAHELIAN LAW OFFICES
Ara Sahelian, Esq., SBN 169257
23276 South Pointe Drive, Suite 216
Laguna Hills, CA 92653
Tel: (949) 859-9200
Email: sahelianlaw@me.com

Attorney for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **JEG1 LLC,** a California Limited Liability Company, <br><br> Defendant. | Case: 3:21-CV-03198-LHK <br><br> **Stipulation for Dismissal** <br><br> Fed. R. Civ. P. 41(a)(1)(A)(ii) |

## **STIPULATION**

Plaintiff BRIAN WHITAKER and Defendant JEG1 LLC, hereby stipulate to dismiss Plaintiff's cause of action under the Americans with Disabilities Act ("ADA"), with prejudice. Each side stipulates to bear their own attorneys' fees and costs as to the ADA cause of action.

1

The parties further stipulate to dismiss Plaintiff's cause of action under the Unruh Civil Rights Act ("Unruh"), without prejudice to refiling in state court. Each side stipulates to bear their own attorneys' fees and costs as to the Unruh cause of action accrued starting from the date of filing of this action.

Dated: February 3, 2022          CENTER FOR DISABILITY ACCESS

                                 By: /s/ Isabel Rose Masanque
                                     Isabel Rose Masanque
                                     Attorneys for Plaintiff

Dated: February 3, 2022          SAHELIAN LAW OFFICES

                                 By: */s/Ara Sahelian*
                                     Ara Sahelian
                                     Attorney for Defendant